ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
DAVID M. SEXTON, ESQ.
Nevada Bar #14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant Sam's West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA KEYS | Case No.: 2:22-cv-00071-JCM-BNW |
| Plaintiff, | |
| vs. | |
| SAM'S WEST, INC. a Foreign Corporation; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | **SUBSTITUTION OF COUNSEL** |
| Defendants. | |

Defendant SAM'S WEST, INC. hereby substitutes the firm of ALVERSON TAYLOR & SANDERS as its attorneys of record in this matter, in the place and instead of the law firm of PHILLIPS SPALLAS & ANGSTADT.

DATED this 6 day of April, 2022.

SAM'S WEST, INC.

Matthew Burgess
_____
On Behalf of
SAM'S WEST, INC.

27644

1

KRB/86

The law firm of PHILLIPS SPALLAS & ANGSTADT hereby agrees and consents to the substitution of the firm of ALVERSON TAYLOR & SANDERS as attorneys of record for Defendant SAM'S WEST, INC. in this matter.

DATED this 5th day of ~~February,~~ April 2022.

PHILLIPS SPALLAS & ANGSTADT

For: Robert K. Phillips, Esq.
504 S. Ninth Street
Las Vegas, NV 89101

The law firm of ALVERSON TAYLOR & SANDERS hereby accepts substitution as attorneys of record for Defendant SAM'S WEST, INC.

DATED this 6th day of ~~February~~ April, 2022.

ALVERSON TAYLOR & SANDERS

KURT R. BONDS, ESQ.
Nevada Bar #6228
DAVID M. SEXTON, ESQ.
Nevada Bar #14951
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant Sam's West Inc.*

## ORDER

**IT IS SO ORDERED**

**DATED:** 3:44 pm, April 18, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE VIA CM/ECF

I hereby certify that on this 7th day of ~~February~~ April, 2022, I did serve, via Case Management/Electronic Case Filing, a copy of the above and foregoing **SUBSTITUTION OF COUNSEL** addressed to:

Charles S. Jackson, Esq.
Hicks & Brasier, PLLC
2630 S. Jones Blvd.
Las Vegas, NV 89146
cjackson@lvattorneys.com

*Leslie Reynolds*
An Employee of ALVERSON TAYLOR & SANDERS

3

KRB/86