ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Former Counsel for Defendant
Sam's West, Inc.*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| PAMELA KEYS,<br><br>               Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., a Foreign Corporation; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>               Defendants. | Case No.: 2:22-cv-00071-JCM-BNW<br><br>**MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC FROM THE ELECTRONIC SERVICE LIST** |

      COMES NOW, former counsel for SAM'S WEST, INC. ("Defendant" and/or "Sam's West"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the service list on the above-captioned matter.

      Specifically, undersigned counsel requests the following names and addresses be removed from the electronic service list:

      Matthew B. Beckstead     mbeckstead@rlattorneys.com,
                                           cwilliams@rlattorneys.com
                                           sjackson@rlattorneys.com

Megan Elizabeth Wessel   mwessel@psalaw.net

| Robert K. Phillips | rphillips@psalaw.net, | aayres@psalaw.net, |
|---|---|---|
| afoshee@psalaw.net, | creyes@psalaw.net, | dwilson@psalaw.net, |
| iburton@psalaw.net, | jkephart@psalaw.net, | jpatrick@psalaw.net, |
| jtang@psalaw.net, | laguilar@psalaw.net, | lrobinson@psalaw.net, |
| lvmail@psalaw.net, | lwall@psalaw.net, | mcervantes@psalaw.net, |
| msoto@psalaw.net, | mwessel@psalaw.net, | nhebert@psalaw.net, |
| tkuhls@psalaw.net | | |

DATED this 19<u>th</u> day of April 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Counsel for Defendant
Sam's West Inc.*

      **<u>ORDER</u>**
**IT IS SO ORDERED**

**DATED:** 2:21 pm, April 20, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April 2022, I served a true and correct copy of the foregoing, **MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC FROM THE ELECTRONIC SERVICE LIST**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| CHARLES S. JACKSON, ESQ. Nevada Bar No. 13158 HICKS & BRASIER, PLLC 2630 S. Jones Blvd. Las Vegas, NV 89146 | Phone: 702-628-9888 Fax:     702-960-4118 | Plaintiff |
| KURT R. BONDS, ESQ. Nevada Bar No. 6228 DAVID M. SEXTON, ESQ. Nevada Bar No. 14951 ALVERSON TAYLOR & SANDERS 6605 Grand Montecito Parkway, Suite 200 Las Vegas, NV 89149 | Phone 702-384-7000 Fax     702-385-7000 | Defendant |

*/s/ Joshua J. Kephart*
_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC