```
ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar#12283
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
```
*Attorneys for Sam's West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA KEYS,<br><br>　　　　　　Plaintiff,<br>v.<br>SAM'S WEST, INC. a Foreign Corporation; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 2:22-cv-00071-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COMES NOW Plaintiff PAMELA KEYS ("Plaintiff" by and through her counsel of record, the law firm of Hicks & Braiser, PLLC, and Defendant, WALMART, INC. ("Defendant") by and through their counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Nevada Rule of Civil Procedure 41(a), hereby request that the Court dismiss this action with prejudice.

///

///

///

///

///

///

///

KB-27644

There are no counterclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 20th day of ~~August~~ September, 2022.   DATED this 20th day of ~~August~~ September, 2022.

**HICKS & BRAISER, PLLC**   **ALVERSON TAYLOR & SANDERS**

/s/ _____   /s/ _____

CHARLES S. JACKSON, ESQ.
2630 S. Jones Blvd.
Las Vegas, NV 89146
*Attorney for Plaintiff*

KURT R. BONDS, ESQ.
PATRICE STEPHENSON-JOHNSON, ESQ.
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
*Attorneys for Defendant*

KB-27644

## ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED September 22, 2022.

_____
UNITED STATES DISTRICT JUDGE